```
Zaheer Zaidi, Cal.SBN 184749
4423 Fortran Ct., Suite 200A
San Jose, California 95134
Tel: (408) 942-0320
Fax: (408) 942-0516
```



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAQAR AHMED DOSSANI,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF,<br>Secretary of the Department<br>of Homeland Security,<br>DAVID STILL,<br>District Director,<br>Citizenship and Immigration<br>Services, and<br>ROBERT S. MUELLER, III,<br>Director of the Federal<br>Bureau of Investigation,<br><br>    Defendants. | No. C07 02494 HRL<br><br>COMPLAINT FOR DECLARATORY<br>JUDGMENT OF NATURALIZATION<br>UNDER 8 U.S.C.A. § 1447(b)<br><br>(USCIS File No. A76-340-895) |

   Plaintiff by his attorney, complaining of Defendants, alleges as follows:

   1. Plaintiff is an individual and resident of the United States who resides within the jurisdiction of this Court. Plaintiff's claim to naturalization arises under 8 U.S.C.A. § 1447(b).

   2. Michael Chertoff, the Secretary of the United States Department of Homeland Security and David Still, the District Director, the Defendants herein, are sued herein in their

1

1  official capacity. Defendants are responsible for the grant or
2  denial of naturalization applications filed within the San
3  Francisco CIS district pursuant to 8 U.S.C.A. § 1421, 8 CFR §
4  103.1(g)(2)(ii), 8 CFR § 310.2 and 8 CFR § 316.3.
5      3. The Federal Bureau of Investigation, under the authority
6  delegated to it by defendant Robert S. Mueller, III, is charged
7  with providing security clearances or adverse information, if
8  appropriate, to the CIS in connection with applications for
9  naturalization, such as plaintiffs'.
10     4. The Court has jurisdiction of this action pursuant to 8
11 U.S.C.A. § 1447(b) and 28 U.S.C.A. § 2201.
12     5. On or about July 28, 2005, Plaintiff submitted his
13 application for naturalization to the Defendant.
14     6. On or about December 14, 2005, the Defendant and/or his
15 designated agent interviewed Plaintiff on his application.
16     7. At his interview, Plaintiff passed all portions of the
17 requirements for naturalization, except that Defendants' agent
18 informed them that the only issue to be resolved is the FBI
19 clearance, which is awaited. Plaintiffs were told that soon as
20 the FBI clearance is received, he would be scheduled for an
21 appearance at the oath taking ceremony.
22     8. Plaintiff has engaged in no conduct that would prompt the
23 FBI to provide an adverse security report or prompt further
24 investigation.  Consequently, there is no reason why a clearance
25 has not been sent to the CIS or why that agency has not acted by
26 now on Plaintiff's application for naturalization.
27     9. More than 120 days have passed since the initial
28 interview, and the Defendants have made no decision on

1  Plaintiff's application.
2     10. The Defendants' failure to make a determination on
3  Plaintiff's naturalization application within the 120-day
4  statutory period allows Plaintiff to bring the matter to this
5  Court for a hearing pursuant to 8 U.S.C.A. § 1447(b).
6     11. Plaintiff desires a judicial determination of his
7  naturalization application and a declaration that he is entitled
8  to be naturalized as a citizen of the United States.
9     Wherefore, Plaintiff prays that:
10     1. The Court will hear Plaintiff's case and render a
11  declaratory judgment that they are entitled to be naturalized and
12     2. The Court will grant such further relief as may be just,
13  lawful, and equitable in the premises.

Dated: May 4, 2007                    Respectfully submitted,

                                      _____
                                      Zaheer Zaidi
                                      Attorney for Plaintiff