# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

ADR

WAQAR AHMED DOSSANI, Plaintiff

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

MICHAEL CHERTOFF, Secretary of the Dep't of
Homeland Security, DAVID STILL, Dist. Director,
U.S.C.I.S., ROBERT S. MUELLER, Dir., FBI

**C07  02494**

TO: (Name and address of defendant)

CLAIRE CORMIER
ASSISTANT U.S. ATTORNEY
U.S. ATTORNEY'S OFFICE
150 ALMADEN BLVD., SUITE 900
SAN JOSE, CA 95113

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ZAHEER ZAIDI
4423 FORTRAN CT., SUITE 200A
SAN JOSE, CA 95134

an answer to the complaint which is herewith served upon you, within 60 ~~22~~ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 5-9-7

(BY) DEPUTY CLERK

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Zaheer Zaidi, SBN #184749<br>Law Offices of Zaheer Zaidi<br>510 North First Street, 216<br>San Jose, CA 95112 | (408) 287-0320 | FILED<br>2007 JUN 26 P 1:38<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
| ATTORNEY FOR (Name): Plaintiff, Waqar Ahmed Dossani | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 First St.
San Jose, CA 95113

PLAINTIFF:
Waqar Ahmed Dossani

DEFENDANT:
Michael Chertoff, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07 02494-HRL |
|---|---|---|---|---|



# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons in a Civil Case & Complaint; Civil Cover Sheet; United States District Courts Standard Package.

ON: Claire Cormier, Assistant U.S. Attorney

AT: 150 Almaden Blvd., 900
    San Jose, CA 95113
    (BUSINESS)

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
Mimi Lam - Legal Secretary

ON: May 25, 2007
AT: 02:10 pm

Fee for Service: $70.00

Registered California process server.
Registration No.: 997
County: Santa Clara
Coast to Coast Legal Services
888 North First Street, Ste# 209
San Jose, CA 95112-0000

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on May 28, 2007 at San Jose, California.

Signature: _____
Mike Mcbull

11843/BProof39