SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WAQAR AHMED DOSSANI. | ) |
|                 Plaintiff, | ) No. C 07-2494 HRL |
| v. | ) **PARTIES' CONSENT TO MAGISTRATE** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; DAVID STILL, District Director, Citizenship and Immigration Services, and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, | ) **JUDGE JURISDICTION; STIPULATION TO DISMISS and [PROPOSED] ORDER** |
|                 Defendants. | ) |

    In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

    Additionally, Plaintiff, by and though his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

Stip. to Dismiss & Consent
C07-2494 HRL                        1

Each of the parties shall bear their own costs and fees.

Date: July 13, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: July 13, 2007

/s/
ZAHEER ZAIDI
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

HOWARD R. LLOYD
United States Magistrate Judge