1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney            **\*E-FILED:  7.18.2007\***

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                           UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                                  SAN JOSE DIVISION
11
   WAQAR AHMED DOSSANI.                    )
12                                          )   No. C 07-2494 HRL
              Plaintiff,                    )
13                                          )
           v.                               )   **PARTIES' CONSENT TO MAGISTRATE**
14                                          )   **JUDGE JURISDICTION; STIPULATION**
   MICHAEL CHERTOFF, Secretary of the      )   **TO DISMISS and [PROPOSED] ORDER**
15 Department of Homeland Security;         )
   DAVID STILL, District Director, Citizenship )
16 and Immigration Services, and            )
   ROBERT S. MUELLER, III, Director of the  )
17 Federal Bureau of Investigation,         )
                                            )
18            Defendants.                   )
                                            )
19

20     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

21 Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

22 conduct any and all further proceedings in the case, including trial, and order the entry of a final

23 judgment.

24     Additionally, Plaintiff, by and though his attorney of record, and Defendants, by and through

25 their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

26 above-entitled action without prejudice in light of the fact that the United States Citizenship and

27 Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees

28 to do so within 30 days of the dismissal of this action.

Stip. to Dismiss & Consent
C07-2494 HRL                                1

1  Each of the parties shall bear their own costs and fees.

2  Date: July 13, 2007                                    Respectfully submitted,

3                                                         SCOTT N. SCHOOLS
                                                          United States Attorney

6                                                              /s/
                                                          ILA C. DEISS
                                                          Assistant United States Attorney
7                                                         Attorneys for Defendants

10 Date: July 13, 2007                                         /s/
                                                          ZAHEER ZAIDI
                                                          Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

17 Date:  July 18, 2007

                                                          HOWARD R. LLOYD
                                                          United States Magistrate Judge

Stip. to Dismiss & Consent
C07-2494 HRL                              2